UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES RAY WILLIS | CIVIL ACTION NO. 05-2240 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **REFERRED TO:** **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **REVERSED**, and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the Memorandum Ruling filed this date.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 12th day of March, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE